IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03352-LTB

MARTIN PHILLIP GUARNEROS

      Applicant,

v.

GARY WILSON, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on March 18, 2013, it is hereby

      ORDERED that Judgment is entered in favor of Respondents and against

Applicant.

      DATED at Denver, Colorado, this 18 day of March, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/  S. Grimm
                      Deputy Clerk